In the Matter of Estate of Charles Zenisek, Deceased. Antoinette Hauser, Appellee, v. Beatrice Kolar, Administratrix of Estate of Charles Zenisek, Deceased, Appellant.

Gen. No. 46,381. 

First District, Second Division.
November 9, 1954.
Released for publication January 12, 1955.

Smietanka & Garrigan, for appellant; Joseph G. Smietanka, and Charles D. Snewind, of counsel; John A. Brown, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.